**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ORANGEBURG DIVISION**

| | | |
|---|---|---|
| Ira Silkes, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5:25-cv-07150-SAL |
| | ) | |
| v. | ) | |
| | ) | |
| Umang Properties, LLC and John Doe, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO CONTINUE AND NOTICE OF SETTLEMENT**

Plaintiff, Ira Silkes and Defendant Umang Properties, LLC (collectively, the "Parties"), hereby apprise the Court that the Parties have reached a settlement as to all claims asserted in this matter. The Parties respectfully request that they be excused from filing any papers, from making any appearances, or from complying with any other deadlines imposed by the pretrial orders of the Court, the Federal Rules of Civil Procedure, or Local Rules, until the settlement papers are finalized and the Parties are able to seek a dismissal of this action with prejudice.

Respectfully submitted this 28th day of September, 2026.

*/s/ Jason A. Daigle*
Jason A. Daigle
D.S.C. Federal Court ID #9588
MORGAN & MORGAN, PA
4401 Belle Oaks Drive, Third Floor
North Charleston, SC 29405
T: 854-222-6088
Jason.daigle@forthepeople.com
*Attorney for Plaintiff*

*/s/ Anna P. Cathcart*
Anna P. Cathcart, (SC Bar No. 103529)
D.S.C. Federal Court ID #13075
PHELPS DUNBAR LLP
4300 Edwards Mill Road, Suite 600
Raleigh, NC 27612
T: (919) 789-5300
F: (919) 789-5301
anna.cathcart@phelps.com
*Attorney for Defendant Umang Properties, LLC*